## UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ORHAN KARADENIZ,

                                Plaintiff,                  **RESCHEDULING ORDER**

           -against-                                         22 Civ. 195 (NSR)(JCM)

HOME DEPOT U.S.A., INC., *et al.*,

                                Defendant.
-----------------------------------------------------------------X

TO ALL PARTIES:

The Status Conference scheduled for June 14, 2023 at 11:00 a.m. before Magistrate Judge Judith C. McCarthy has been rescheduled for June 15, 2023 at 11:00 a.m. in Courtroom 421.

Dated:  May 30, 2023
           White Plains, New York

                                                          **SO ORDERED:**

                                                          _____
                                                           JUDITH C. McCARTHY
                                                           United States Magistrate Judge